# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JERRY THURSTON THOMAS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1706

_____

January 28, 2026

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Christina Lynn LaMaida of LaMaida Law, P.A., Dade City, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.